■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GARY ROBERTSON, Appellant. — Appeal by defendant, as limited by his motion, from two sentences of the County Court, Nassau County (Goodman, J.), both imposed April 13, 1983. ¶ Sentences under indictment No. 55226 affirmed. No opinion. ¶ Sentence under indictment No. 55225 modified, on the law, by reducing the term of imprisonment imposed on defendant's conviction of criminal possession of a weapon in the second degree from 1½ to 4 years to 1⅓ to 4 years. As so modified, sentence affirmed. ¶ The imposition of a minimum term of more than one third of the maximum term of four years' imprisonment upon defendant's conviction of criminal possession of a weapon in the second degree was illegal (Penal Law, § 70.00, subd 3, par [b]). As reduced to a term of 1⅓ to 4 years, the sentence as to that count under indictment No. 55225, is not excessive under the circumstances of this case. Mollen, P. J., Lazer, O'Connor and Lawrence, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROLAND RUSSELL, Appellant. — Judgment of the Supreme Court, Kings County (Pincus, J.), rendered April 2, 1982, affirmed. ¶ The evidence was sufficient to prove defendant's guilt beyond a reasonable doubt. We have considered defendant's other contentions and find them to be without merit. Mollen, P. J., Thompson, Rubin and Lawrence, JJ., concur.